**William E. Marten, appellee, v. Chicago League Ball Club, appellant. Gen. No. 24,268.**

Action to recover for personal injuries from fall when jostled by crowd on baseball grounds. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of fact. Opinion filed April 29, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Alden, Latham & Young, for appellant. Edward J. Kelley, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Zurich General Accident & Liability Insurance Company, appellant, v. Yellow Cab Company, appellee. Gen. No. 24,400.**

Action by insurer of automobile, on payment of damages thereto, to recover sum paid from party who inflicted the injury. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Wilkerson, Cassels & Potter, for appellant; Kenneth B. Hawkins, of counsel. D'Ancona & Pflaum, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Harriet J. Humiston, appellee, v. Francis R. Dennis et al., on appeal of Francis R. Dennis, appellant. Gen. No. 24,966.**

Suit to enjoin disposal of certain promissory notes or proceeds thereof, and of corporate stock. Temporary injunction. Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed April 29, 1919.

Archibald Cattell, John B. King and Carl A. Waldron, for appellant. Shepard, McCormick, Kirkland, Patterson & Fleming and Tuesburg, Wilson & Armstrong, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Harriet J. Humiston, appellee, v. Francis R. Dennis et al., on appeal of Charles Rayhorn, appellant. Gen. No. 24,969.**

Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court. Affirmed on opinion in Gen. No. 24,966, *ante.* Opinion filed April 29, 1919.

Archibald Cattell, John B. King and Carl A. Waldron, for appellant. Shepard, McCormick, Kirkland, Patterson & Fleming and Tuesburg, Wilson & Armstrong, for appellee.

Mr. Justice Barnes delivered the opinion of the court.